1  Colleen T. Davies (SBN 111371)
   Email: cdavies@reedsmith.com
2  Steven J. Boranian (SBN 174183)
   Email: sboranian@reedsmith.com
3  Karen A. Braje (SBN 193900)
   Email: kbraje@reedsmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA  94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA  94120-7936

8  Telephone:   +1 415 543 8700
   Facsimile:    +1 415 391 8269

10 Attorneys for Defendants
   Merck & Co., Inc.
11 Schering-Plough Corporation
   Merck/Schering-Plough Pharmaceuticals

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRCEA MURESAN, on behalf of himself and others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MERCK & CO., INC., SCHERING-PLOUGH CORPORATION, and MERCK/SCHERING-PLOUGH PHARMACEUTICALS**<br><br>Defendants. | CASE NO. 4:08-cv-00929-SBA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT PENDING DECISION ON TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

The Plaintiff Mircea Muresan ("Plaintiff") and Defendants Merck & Co., Inc., Schering-Plough Corp., and Merck/Schering-Plough Pharmaceuticals ("Defendants") by and through their counsel, hereby stipulate as follows:

1.  That Plaintiff filed the Complaint in this action on February 13, 2008;

2. That the last day for Merck/Schering-Plough Pharmaceuticals to file a responsive pleading is March 17, 2008, and the last day for Schering-Plough Corp. to file a responsive pleading is March 18, 2008;

3. That a hearing is scheduled before the Judicial Panel on Multidistrict Litigation ("JPML") in Austin, Texas for March 27, 2008.  At that hearing, the JPML shall consider the centralization of this, and other, pending actions involving the pharmaceuticals Vytorin and Zetia;

4. That Defendants wish to defer their responses to Plaintiff's Complaint until the conclusion of the JPML hearing; and

5. That Plaintiff agrees to an extension of time as set forth in the proposed Order below.

DATED: March ___, 2008.

REED SMITH LLP

By  /s/ Steven J. Boranian
    Steven J. Boranian
    Attorneys for Defendants
    Merck & Co., Inc.
    Schering-Plough Corporation
    Merck/Schering-Plough Pharmaceuticals

DATED: March ___ 2008.

GIRARD GIBBS LLP

By  /s/ Eric Gibbs
    Eric Gibbs
    Attorneys for Plaintiff

**ORDER**

This matter having come before the Court on application of the Defendants for an extension of time to answer, move or otherwise respond to the Complaint pending a decision on centralization of this and other matters by the Judicial Panel on Multidistrict Litigation ("MDL Panel") in MDL

Stipulation and [Proposed] Order Extending Time To Answer, Move Or Otherwise Respond To Complaint Pending Decision On Transfer By Judicial Panel On Multidistrict Litigation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Docket No. 1938, <u>In Re Vytorin/Zetia Marketing, Sales and Products Liability Litigation</u>, and the

2   Plaintiff having stipulated to the extension on the terms set forth below, it is hereby

3

4       ORDERED that the Defendants shall notify the Court of the decision of the MDL Panel

5   within three business days after the MDL Panel issues its decision, and it is further

6

7       ORDERED that the time within which the Defendants may answer, move or otherwise

8   respond to the Complaint in the above matter is hereby extended to a date to be set at the first

9   scheduling conference after the MDL Panel issues its decision, and it is further

10

11      ORDERED that if the Defendants file a responsive pleading in any other similar action

12  pending in another federal district court, they shall notify the Plaintiff's counsel before filing such a

13  pleading, and the Plaintiff may then file a motion to amend this Order.  Defendants reserve the right

14  to oppose such a motion, and it is further

15

16      ORDERED that nothing in this Order shall prevent any party to this action from filing any

17  and all pleadings, motions and/or responses the party deems necessary or otherwise appropriate

18  before the MDL Panel concerning transfer and/or centralization of this or other action(s).

19

20      IT IS SO ORDERED.

21

22      3/18/08                           _____*Saundra B. Armstrong*_____

23                                        HON. SAUNDRA BROWN ARMSTRONG, U.S.D.J.

24

25

26  DOCSSFO-12508962.1

27

28

- 3 -

Stipulation and [Proposed] Order Extending Time To Answer, Move Or Otherwise Respond To Complaint Pending
Decision On Transfer By Judicial Panel On Multidistrict Litigation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware